# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

ORIGINAL

2023 MAY 11  PM 4: 23

DEPUTY CLERK_____ MS

Jayme J. Rountree
Plaintiff

v.

Federal Express Dallas
Defendant

3-23CV1089-N

Civil Action No.

## COMPLAINT

I was sexually harassed by Supervisor Aaron Thomas from October 2022 to February 2023. He made comments such as bubble butt, told me I had a nice body, and I was so fine. He told me to give him the pussy and I don't have to get on trailer no more, he stated I just want to hit it one time emphasizing he had the ability to make my job easier or more difficult. He called me at home on my days off and while at work he would waive the attendance sheet to me pointing out it was the managers discretion to be put on schedule further reinforcing that I need it to comply with his behavior to have work hand given to me. He asked to me to get off truck and say, I just wanted you to walk up to me. I reported his behavior to Human Resources on Oct 15, 2022. I was never informed of any remedy or resolution. I switched

* Attach additional pages as needed.

| | |
|---|---|
| Date | 5-11-23 |
| Signature | Jayme Ro____ |
| Print Name | Jayme Rountree |
| Address | 4166 Beamer Drive |
| City, State, Zip | Forney, Texas 75126 |
| Telephone | (214) 564-8542 |

page 2 of Complaint

my hours around as my job permitted to avoid contact with him. On February 18, 2023 I inquired if there were any managers position's available, I was told do not miss work Sunday bring your notebook you are going to be trained to be a manager, get your resume to apply for the position. Come Sunday I was not placed on schedule. On February 18, 2023 I found out there was no available jobs. Aaron thomas promised a position that he knew was not going to be opened or posted. On March 29, 2023, I was sent home on suspension. I was assigned three locations of large heavy packages that required two people to move because there was no additional staffed. I was moved three times, later as I was going on break I was asked to go back to the back of the warehouse and sent on suspension when I refused to once again be assigned a area or job that required two people. I was terminated on April 7 2023 for my conduct of the March 29, 2023, incident. The management team had been working diligently to set me up and have a reason to fire me due to the severe way I was harassed by Aaron Thomas.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | **450-2023-04888** |

|  | **Texas Workforce Commission Civil Rights Division** | and EEOC |
|---|---|---|
|  | *State or local Agency, if any* |  |

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)* | Home Phone | Year of Birth |
|---|---|---|
| Ms. Jayme J. Rountree | 214-395-5328 | 1979 |

| Street Address |
|---|
| 3124 South Denley Drive 120 |
| DALLAS, TX 75216 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Federal Express Dallas | 15 - 100 Employees |  |

| Street Address |
|---|
| 1101 East Cleveland Street |
| HUTCHINS, TX 75141 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
|  | Earliest | Latest |
| Sex | 10/01/2022 | 04/07/2023 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was sexually harassed by Supervisor Aaron Thomas from October 2022 to February 2023. He made comments such as bubble butt, told me I had a nice body, and I was so fine. He told me to give him the pussy and I dont have to get on the trailer no more, he stated I just want to hit it onetime. emphasizing he had the ability to make my job easier or more difficult. He called me at home on my days off and while at work he would waive the attendance sheet to me pointing out it was the managers discretion to be put on the schedule further reinforcing that I need it to comply with his behavior to have work hours given to me. He asked to me get off the truck and say, I just wanted you to walk up to me. I reported his behavior to Human Resources on October 15, 2022. I was never informed of any remedy or resolution. I switched my hours around as my job permitted to avoid contact with him. On February 18, 2023, I inquired if there were any managers positions available, I was told do not miss work Sunday bring your notebook, you are going to be trained to be a manager, get your resume to apply for the position. Come Sunday I was not placed on the schedule. On February 18, 2023, I found out there was no available jobs. Aaron Thomas promised a position that he knew was not going to be opened or posted. On March 29, 2023, I was sent home on suspension. I was assigned three locations of large heavy packages that required two people to move, because there was no additional staffed, I was moved three times. Later as I was going on break, I was asked to go back to the back of the warehouse

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Ms. Jayme J. Rountree**  **04/21/2023** | SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE *(month, day, year)* |
| *Charging Party Signature* |  |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | **450-2023-04888** |

| | Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|---|
| | *State or local Agency, if any* | |

and sent on suspension when I refused to once again be assigned a area or job that required two people. I was terminated on April 7, 2023, for my conduct of the March 29, 2023, incident. The management team had been working diligently to set me up and have a reason to fire me due to the severe way I was harassed by Aaron Thomas.

I believe that I was discriminated against because of my race (Black/African American) in violation of Title VII of the Civil Rights Act of 1964, as amended.

I believe that I was discriminated against because of my sex (female) and sexually harassed, in violation of The VII of the Civil Rights Act of 1964, as amended.

I believe that I was retaliated against in violation of Section 704(a) of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Jayme J. Rountree**<br>**04/21/2023**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE<br>(*month, day, year*) |

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

| | DEFENDANTS |
|---|---|

**(b)** County of Residence of First Listed Plaintiff _kauffman_
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _Dallas_
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 3 Federal Question *(U.S. Government Not a Party)*
[ ] 2 U.S. Government Defendant
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [X] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _25 million dollars_

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____