IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAYME ROUNTREE,<br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:23-CV-1089-N-BW |

**ORDER**

On September 11, 2024, Defendant FedEx Ground Package System, Inc. ("FedEx") filed an Emergency Motion for a Protective Order and Request for Judicial Conference. (Dkt. No. 42.) After reviewing the motion and supporting materials and receiving the parties' arguments during a telephonic hearing on this date, the Court concludes that the motion should be **GRANTED** as stated during the hearing. Mitchell Bober, in-house counsel for FedEx, shall be permitted to attend the deposition of FedEx's corporate representative by remote means. His authorized attendance shall not expand to participation, meaning he will only observe the deposition and will not, for example, question the deponent or make objections.

The Court encourages cooperation between the parties with respect to the responsibility and expense, if any, for the remote means by which either Mr. Bober or Ms. Rountree may attend the deposition. In the event agreement cannot be reached on that matter, each party shall make its own arrangements and bear its own cost.

**SO ORDERED** on September 13, 2024.

BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE