IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAYNE ROUNTREE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:23-CV-1089-N-BW |
| | § | |
| FEDEX GROUND PACKAGE | § | |
| SYSTEM, INC. | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed  The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, FedEx's Motion for Summary Judgment (docket entry 47) is **GRANTED** with respect to Rountree's quid pro quo and hostile work environment sexual harassment claims, and those claims are **DISMISSED** with prejudice, pursuant to Federal Rule of Civil Procedure Rule 56(a).

Because genuine disputes of material fact remain with respect to Rountree's retaliation claim, FedEx's Motion for Summary Judgment (docket entry 47) is **DENIED** with respect to that claim.

SO ORDERED this 19th day of <u>August</u>, 2025.


DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE