IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAYME ROUNTREE,<br>    Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE<br>SYSTEM, INC.,<br>    Defendant. | No. 3:23-CV-1089-N-BW |

**FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is a Joint Motion to Dismiss this action with prejudice. (Dkt. No. 60.) Plaintiff Jayme Rountree and Defendant Federal Express Corporation, successor of FedEx Ground Package System, Inc., represent that they have resolved the dispute and agree to bear their respective attorney's fees and costs incurred in this action. (*Id.*) This case has been referred to the undersigned magistrate judge for case management pursuant to 28 U.S.C. § 636(b). (*See* Dkt. Nos. 1, 41.)

Fed. R. Civ. P. 41(a)(2) provides that a court may order that an action be dismissed at the plaintiff's request on terms the court considers proper. The parties negotiated a resolution of claims brought by Plaintiff in this action, and Defendant has not pleaded counterclaims. Although Rule 41(a)(2) provides for dismissal without prejudice as the default absent a contrary manifestation of the parties, the parties here specify that they are requesting that the action be dismissed with prejudice. (Dkt. No. 60 at 1.)

Because the requirements of Fed. R. Civ. P. 41(a)(2) have been met, the undersigned recommends that the District Judge **GRANT** the motion and **DISMISS** this action with prejudice.

**SO RECOMMENDED** on August 25, 2025.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE

### NOTICE OF RIGHT TO OBJECT

A copy of these findings, conclusions, and recommendation will be served on all parties in the manner provided by law. Any party who objects to any part of this report and recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). To be specific, an objection must identify the finding or recommendation to which objection is made, state the basis for the objection, and indicate the place in the magistrate judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996), *modified by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections to 14 days).