IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAYNE ROUNTREE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:23-CV-1089-N-BW |
| | § | |
| FEDEX GROUND PACKAGE | § | |
| SYSTEM, INC. | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the parties' Joint Motion to Dismiss (docket entry 60) is **GRANTED**, and this action will be **DISMISSED** by separate judgment.

SO ORDERED this 19th day of September, 2025.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE