IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAYNE ROUNTREE, | § | |
|       Plaintiff, | § | |
| | § | |
| v. | § | No. 3:23-CV-1089-N-BW |
| | § | |
| FEDEX GROUND PACKAGE SYSTEM, INC. | § § | |
|       Defendant. | § § | |

## JUDGMENT

This action came on for consideration by the Court, and the parties having reached a negotiated resolution of the claims asserted in this action, it is ORDERED, ADJUDGED, and DECREED that Plaintiff Jayne Rountree's claims against Defendant Federal Express Corporation, successor of FedEx Ground Package System, Inc., are DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(2) by agreement of the parties. The parties shall bear their respective attorneys' fees and costs incurred.

SO ORDERED this 19th day of September, 2025.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE